UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS DAIGLE,<br>             Plaintiff<br>v.<br>ELECTRIC BOAT CORPORATION,<br>             Defendant | Civil Action No. _____<br><br>Filing Date: December 3, 2021 |

## NOTICE OF REMOVAL

The Defendant, Electric Boat Corporation, (hereinafter "Electric Boat" or "Defendant"), hereby petitions this Court for removal of this action from the Superior Court, Judicial District of New London, to the United States District Court for the District of Connecticut, pursuant to U.S.C. §1446 *et seq.* based on the following:

### BACKGROUND

1. On November 4, 2021, plaintiff Thomas Daigle ("Plaintiff") filed a Complaint against the Defendant in the Superior Court, Judicial District of New London, Docket No. KNL-CV21-6054196-S (the "State Court Action").

2. Electric Boat has not yet answered, moved, or otherwise responded to the Complaint in the State Court Action.

3. Attached hereto as Exhibit A are true and correct copies of all the process, pleadings, and orders served on Electric Boat in the State Court Action to date.

### TIMELINESS OF REMOVAL

4. Plaintiff served Electric Boat with a copy of the Summons and Complaint on November 5, 2021. (See Exhibit A, Service of Process Transmittal).

5. The removal of this action is timely having been accomplished within thirty (30)

days of the date on which Plaintiff served Electric Boat with a copy of the Complaint.

## VENUE

6. Under 28 U.S.C. §1441(a), the United States District Court for the District of Connecticut is the proper venue for removal because it embraces the place where this action is pending. 28 U.S.C. §§1441(a) and 1446(a).

## JURISDICTIONAL BASIS FOR REMOVAL

7. Pursuant to 28 U.S.C. § 1441(a), any civil action brought in a state court which the district courts of the United States have original jurisdiction, may be removed by the Defendant, to the district court of the place where such action is pending.

8. Pursuant to 28 U.S.C. § 1331, the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

9. This Court has federal question jurisdiction over this case because Plaintiff has alleged violations of the Family and Medical Leave Act (*See* Complaint at Third Count and Fourth Count).

10. This Court has supplemental jurisdiction over the remaining Counts in the Complaint pursuant to 28 U.S.C. § 1367 because they are related to the claims in the action within the Court's original jurisdiction and form part of the same case or controversy.

## PROCEDURAL COMPLIANCE

12. Defendant has complied with the procedural requirements for removal. In accordance with 28 U.S.C. §1446(a), Defendant has attached copies of all process, pleadings, and orders served upon them. (See Exhibit A). Concurrently with the filing of this Notice of Removal and pursuant to 28 U.S.C. §1446(d), Electric Boat is filing with the Superior Court, Judicial District of New London, State of Connecticut, a "Notice of Filing of Notice of Removal of State

Action to the U.S. District Court for the District of Connecticut," a copy of which is attached as Exhibit B.  Electric Boat is further serving on Plaintiff a "Notice to Adverse Parties of Removal of State Action to the U.S. District Court for the District of Connecticut," a copy of which is attached as Exhibit C.

### MISCELLANEOUS ISSUES

13. By filing this Notice of Removal, Electric Boat does not waive any defense that may be available to it, including, but not limited to, service, service of process, sufficiency of process, venue, or jurisdiction, and specifically reserves the right to assert any defenses and/or objections to which it may be entitled.

Respectfully submitted,

**ELECTRIC BOAT CORPORATION**

By Their Attorneys

*/s/ AiVi Nguyen*
AiVi Nguyen (Juris No. 432940)
BOWDITCH & DEWEY, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Telephone:  508-926-3402
Facsimile:  508-929-3193
E-mail: anguyen@bowditch.com

Date: December 3, 2021

## CERTIFICATE OF SERVICE

I hereby certify that, on the 3rd day of December, 2021, I served a copy of the above pleading by first class mail, postage prepaid, on Plaintiff's counsel.

*/s/ AiVi Nguyen*